### ABEL A. HULL vs. GEORGE P. HALSTED.

Where both parties recover a portion of the property in an action of replevin, and the value of each portion is assessed, each party is entitled to costs, provided the amounts are sufficient to carry costs.

*Motion by plaintiff that the defendant pay plaintiff's costs to be taxed in this cause, &c.*—This was an action of replevin, brought to recover a quantity of brick and other property which was distrained by defendant as a constable, for rent. The jury found for the plaintiff six cents damages, and assessed the value of the property at $1000. They also found for the defendant and assessed the value of the property at $352, besides an amount of rent found to be due from plaintiff to defendant.

M. T. REYNOLDS, *Plff's Counsel.*    M. MITCHELL, *Plff's Atty.*
GEO. P. NELSON, *Defts Counsel.*    WM. NELSON, *Defts Atty.*

Jewett, Justice.—I shall decide that both parties have costs, without any costs of this motion.

Rule accordingly.